# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

Marilyn Kelly,
Chief Justice

139632

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHIRLEY B. AKERS,
   Plaintiff-Appellant,

v

               SC: 139632
               COA: 283771
               Grand Traverse CC:
BANKERS LIFE AND CASUALTY   07-026056-CZ
COMPANY and SHANNON NELSON,
   Defendants-Appellees,

and

JOHN DOE,
   Defendant.
_____/

   On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

_____
Clerk

d0120